UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY BOWMAN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 3:09-1115 |
| v. ) | Judge Echols/Brown |
| ) | |
| NEW VISION TELECOMMUNICATIONS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

A telephone conference was held with the parties in this matter on April 28, 2010. Counsel for the Defendants advised that they anticipated that New Vision of Georgia would be filing a bankruptcy in Georgia within the next two weeks. They also advised that New Vision of Tennessee was doing better and, in fact, actually had added some additional work in Alabama. They are already in a Chapter 11 bankruptcy. As a practical matter, the only three Defendants that can be active in this particular case are the three individual Defendants.

The Magistrate Judge noted that certified mail was apparently still being sent to one of the individual Defendants. The docket sheet now shows that they are all represented by counsel and, therefore, the individual Defendants should be removed from the mailing matrix.

As previously reported, there is no opposition by the Defendants to Docket Entry 95, the motion for conditional class certification and Court-authorized notice.

The parties further advised that they were meeting in an effort to resolve, if at all possible, the outstanding issues in the case.

There is a scheduling order in place (Docket Entry 63), which provides for a discovery cutoff of June 18, 2010.

Because of the bankruptcy issues, as well as business issues, not a lot of discovery has been accomplished. Hopefully, the parties will be able to resolve the matter without the necessity for additional litigation. However, if that does not work out then the Magistrate Judge will need to revisit the scheduling order with the parties.

Accordingly, a telephone conference is set for **9:30 a.m., May 27, 2010**, to discuss case progress and any necessary revisions to the scheduling order. **To participate in the conference call, parties shall call 615-695-2851 at 9:30 a.m.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2

Case 3:09-cv-01115   Document 100   Filed 04/28/10   Page 2 of 2 PageID #: 946