UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY BOWMAN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 3:09-1115 |
| v. ) | Judge Echols/Brown |
| ) | |
| NEW VISION TELECOMMUNICATIONS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

### O R D E R

A telephone conference was held with the parties in this matter on May 27, 2010. The parties advised that they had some recent settlement discussions and had been unable to resolve the matter at the present time. They also pointed out that the Plaintiffs' request for additional class certification and Court-authorized notice (Docket Entry 95) is still pending and that there was no opposition to the motion.

The parties requested an extension of the deadlines to complete discovery since there was still some uncertainty as to the total number of Plaintiffs that would elect in. Accordingly, all discovery shall be completed by **September 3, 2010**. Dispositive motions shall be due **October 1, 2010**, and responses will be due **28 days** thereafter. Replies are due **14 days** after any response. The pretrial conference and trial dates previously set remain unchanged.

Counsel for the Defendants stated that New Vision of Georgia was no longer operating and would likely file a formal Chapter 7 to terminate the corporation. He further advised that the three remaining individual Defendants were also considering filing bankruptcy. If this occurred, then all of the Defendants in this case would be in bankruptcy and the matter would, of necessity, be stayed pending notification of relief from some Defendant from the automatic stay. At the present time, the parent company is continuing operations in Chapter 11.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2

Case 3:09-cv-01115   Document 101   Filed 05/27/10   Page 2 of 2 PageID #: 948