# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Jeffrey Bowman, James Arnold,
Justin Despot, Michael Webster, and
Daniel Fagan on behalf of themselves
and all other similarly situated employees,

    Plaintiffs,       Case No. 3:09-cv-1115

v.               Judge Robert L. Echols
                Magistrate Judge Joe B. Brown

New Vision Telecommunications,
Incorporated; NVT Georgia Inc.;    **Jury Trial Demanded**
Franklin Glaspie; Jerry Wilkins; and
Eric L. Sawyer,

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-AUTHORIZED NOTICE

---

  The above-entitled matter came before this Court on Plaintiffs' Motion for Conditional Class Certification and Court-Authorized Notice. Based upon the memoranda, exhibits and all the files and proceedings herein, the Court makes the following:

### ORDER

1) Plaintiffs' Motion for Conditional Class Certification and Court-Authorized Notice is **GRANTED**. Plaintiffs are authorized to send the Notice in the form attached to their motion papers as Exhibit A to all installers and technicians who worked with or were

1

employed by Defendants as either a 1099 "independent contractor" and/or a W2 employee within the past three years at any of Defendants' locations around the country.

2) Defendants shall produce to Plaintiffs within ten (10) days a list, in electronic and importable format, of the last known contact information, including for each his/her name, last known mailing address, telephone number, dates of employment, location of employment, employee number, and last four digits of the social security number for all cable installers and/or technicians who have worked for Defendants during the past three years; and

3) Defendants shall be required to post the notice and consent form at their workplace. Defendants shall also include a copy of the notice and consent form in the employees' next paycheck.

Dated: 06/01/10        BY THE COURT:

_____
HONORABLE ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE