JEFFERY BOWMAN                     )
                                  )     No. 3:09-1115
v.                                )     Judge Echols
                                  )
NEW VISION TELECOMMUNICATIONS,    )
INC., ET AL.                      )

### O R D E R

    Pending before the Court is "Defendants NVT Georgia, Inc., Franklin Glaspie, Jerry Wilkins and Eric L. Sawyer's Request for Clarification as to the Court's Order Granting Plaintiffs' Motion for Conditional Class Certification and Court-Authorized Notice (Docket Entry No. 103), to which the Plaintiffs have responded in opposition (Docket Entry No. 104). This motion is hereby referred to Magistrate Judge Joe Brown to prepare a report and recommendation to the Court regarding the issues presented in the motion and response.

    IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE