IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFERY BOWMAN, JAMES ARNOLD, JUSTIN DESPOT, MICHAEL WEBSTER, and DANIEL FAGAN, on behalf of themselves and all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>NEW VISION TELECOMMUNICATIONS, INCORPORATED, NVT GEORGIA, INC., FRANKLIN GLASPIE, JERRY WILKINS, and ERIC L. SAWYER,<br><br>Defendants. | Civil No. 3:09-1115<br>Judge Trauger<br>Magistrate Judge Brown |

### **O R D E R**

Upon reassignment of this case to Judge Trauger (Docket No. 108), the referral to the Magistrate Judge shall remain in place. By separate order, the jury trial is being reset before Judge Trauger.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge