```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

JEFFREY BOWMAN, et al.,            )
                                   )
        Plaintiffs                 )
                                   )     Case No. 3:09-1115
v.                                 )     Judge Trauger/Brown
                                   )
NEW VISION TELECOMMUNICATIONS,     )
et al.,                            )
                                   )
        Defendants                 )

### O R D E R

It appears that all of the Defendants in this case are either in bankruptcy or out of business. The **Clerk** is therefore directed to administratively close this case subject to being reopened upon motion filed by any party showing that further action in this proceeding is necessary.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge